# ELECTRONIC RECORD

COA #   11-13-00128-CR                     OFFENSE:  22.01

STYLE:  **Jon Paul Stepherson v.**
        **The State of Texas**          COUNTY:  Collin

COA DISPOSITION:  MODIFIED &
                  AFFIRMED            TRIAL COURT:  219th District Court

DATE: 12/4/14            Publish: NO   TC CASE #:   219-81069-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Jon Paul Stepherson v.**
        **The State of Texas**          CCA #:  **PD-1628-14**

_____APPELLANT'S_____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____                      JUDGE: _____

DATE: _04/01/2015_                     SIGNED: _____      PC: _____

JUDGE: _____                   PUBLISH: _____     DNP: _____

                    ----------------------------

                          _____ MOTION FOR

                    REHEARING IN CCA IS: _____

                    JUDGE: _____

                                        **ELECTRONIC RECORD**